FILED
Oct 06 2020
3:45 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     s/ meganb     DEPUTY

**SEALED**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEPHEN GLENN MCLEOD,<br><br>    Defendant. | Case No. **'20 CR3106 JLS**<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 39A – Aiming A Laser Pointer at an Aircraft |

The grand jury charges:

On or about August 28, 2020, within the Southern District of California, defendant STEPHEN GLENN MCLEOD, did knowingly aim the beam of a laser pointer at an aircraft in the special aircraft jurisdiction of the United States, and at the flight path of such an aircraft; in violation of Title 18, United States Code, Section 39A.

DATED: October 6, 2020.

A TRUE BILL:

*[signature]*
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: *[signature]*
JOHN N. PARMLEY
Assistant U.S. Attorney

JNP:nlv:San Diego:10/5/20