UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>STEPHEN GLENN McLEOD,<br><br>                                    Defendant. | Case No.:  20CR3106-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

   Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting presently scheduled for November 20, 2020 shall be continued to **December 18, 2020** at **1:30 p.m.**

   For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

   IT IS SO ORDERED.

Dated:  November 18, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge