RANDY S. GROSSMAN
Acting United States Attorney
JOHN N. PARMLEY
JONATHAN I. SHAPIRO
Assistant U.S. Attorney
California State Bar Nos. 178885, 268954
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel. No.: (619) 546-8225
Email: jonathan.shapiro@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20cr3106-JLS |
|---|---|
| Plaintiff, | Date: June 11, 2021<br>Time: 9:00 p.m. |
| v. | |
| STEPHEN GLENN MCLEOD, | **THE UNITED STATES'**<br>**SENTENCING SUMMARY CHART** |
| Defendant. | |

    The Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Randy S. Grossman, Acting United States Attorney, and John N. Parmley and Jonathan I. Shapiro, Assistant U.S. Attorneys, hereby files its Sentencing Summary Chart, which is based upon the files and records of this case.

    DATED: June 4, 2021

Respectfully submitted,

RANDY S. GROSSMAN
Acting United States Attorney

*s/Jonathan I. Shapiro*
JONATHAN I. SHAPIRO

SENTENCING SUMMARY CHART          USPO [ ☐ ]
[ ☒ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]      AUSA [ ☒ ]
Sentencing Date: June 11, 2021          DEF [ ☐ ]

Defendant's Name: Stephen Glenn McLeod      Docket No.: 20cr3106-JLS

Attorney's Name: Jonathan I. Shapiro      Phone No.: (619) 546-8225

Guideline Manual Used: November 1, 2018      Agree with USPO Calc.: Yes ☒ No ☐

Base Offense Level: [USSG § 2A5.2(a)(2)-aiming laser at aircraft]      18

Specific Offense Characteristics:

Victim Related Adjustment:      ___

Adjustment for Role in the Offense:      ___

Adjusted Offense Level:      ___

☐ Combined (Mult. Counts)   ☐ Career Off.   ☐ Armed Career Crim.      18

Adjustment for Acceptance of Responsibility [☐ Government Motion – USSG §3E1.1(b)]      -3

Total Offense Level:      15

Criminal History Score:      1

Criminal History Category:      I

____ Career Offender     ____ Armed Career Criminal

Guideline Range:      from 18 mths
(Range limited by: ____ minimum mand.   ____ statutory maximum      to 24 mths

Departures:

Resulting Guideline Range: Adjusted Offense Level 15      from 18 mths
     to 24 mths

RECOMMENDATION: 12 months and 1 day in custody*, 3 years supervised release
     *The Government's recommendation is based on a two-level variance under 18 U.S.C. § 3553(a) based in part on Defendant's health.